IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

BONNIE DIXON,                    *

    Plaintiff,              *

vs.                              *
                                                  CASE NO. 3:10-CV-35 (CDL)
DB50 2007-1 TRUST,               *

    Defendant.              *

## O R D E R

Defendant removed this action to this Court based on diversity of citizenship jurisdiction. Plaintiff contends that Defendant's removal was improper. The Court previously ruled that Defendant had failed to sufficiently establish its citizenship for jurisdiction purposes, but gave Defendant a final opportunity to establish its citizenship. Order 6-8, ECF No. 13. Defendant has failed to take advantage of that opportunity. *See* Def.'s Resp. to Order Permitting Amendment of Notice of Removal, ECF No. 15. Therefore, because Defendant has failed to establish that complete diversity of citizenship exists between the parties, this action is remanded to the Superior Court of Greene County, Georgia.

IT IS SO ORDERED, this 4th day of January, 2011.

                                            S/Clay D. Land
                                            CLAY D. LAND
                             UNITED STATES DISTRICT JUDGE